# CHAPTER 13 PLAN
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** 11-12650

Debtor **Michael Kevin Brower**   SS# **xxx-xx-8848**   Current Monthly Income $ **9,017.50**
Joint Debtor **Angela Dawn Brower**   SS# **xxx-xx-3989**   Current Monthly Income $ **2,470.73**
Address **3401 Woodland Trace North Southaven, MS 38671-0000**   No. of Dependents **1**
Telephone No. _____   **TAX REFUNDS AND EIC FOR DISTRIBUTION:** _____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)   Debtor shall pay $ **3,241.96** per **monthly** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**Superior Carpet Cleaning**
**P. O. Box 394**
**Southaven MS**
**38671-0000**

(B)   Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **0.00** @ $ **0.00** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
**-NONE-**
beginning ____ in the amount of $ ____ per month shall be paid:
____ direct   ____ through payroll deduction   ____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
**-NONE-**
in the amount of $ ____ shall be paid $ ____ per month:
____ through payroll deduction   ____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **M & F Bank**   BEGINNING **July, 2011**   @$ **325.00**   ■PLAN ☐DIRECT
MTG PMTS TO: **Wells Fargo Home Mortgage**   BEGINNING **July, 2011**   @$ **1,701.00**   ■PLAN ☐DIRECT
MTG ARREARS TO: **M & F Bank**   THROUGH **6/2011**   $ **1,000.00**   @$ **16.67** /MO*
(*Including interest at **0.00** %)

MTG ARREARS TO: **Wells Fargo Home Mortgage**   THROUGH **6/2011**   $ **13,000.00**   @$ **216.67** /MO*
(*Including interest at **0.00** %)

Debtor's Initials **MB**   Joint Debtor's Initials **AB**   CHAPTER 13 PLAN, PAGE 1 OF 2
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Regions Bank** | Purchased 4/2008 2008 Chevrolet Tahoe | 23,140.57 | 27,787.00 | 7.00 % | 27,492.60 | 458.21 |
| **Trustmark National Bank** | Purchased 6/7/2006 2004 Chevrolet Silverado HD | 9,916.36 | 19,057.00 | 7.00 % | 11,781.36 | 196.36 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| **American Home Mtg Svc** | Surrender Rental property located at 1664 Joy Blvd. Horn Lake, MS 38637 (Value shown as per tax assessor) | 78,000.00 | 0.00 |
| **M & F Bank** | Surrender Boat | 29,218.00 | 0.00 |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**UNSECURED DEBTS** totaling approximately $  **50,877.11**  are to be paid in deferred payments to creditors that have filed claims that are not disallowed:  ___ IN FULL or  **0**  % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ **2,800.00**
Attorney Fees Previously Paid $ **800.00**
Attorney fees to be paid through the plan $ **2,000.00**

Pay administrative costs and debtor's attorney fees Pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Telephone/Fax

Attorney for Debtor (Name/Address/Phone # / Email)
**Robert T. Cornelius MS - 6528**
**P. O. Box 59**
**New Albany, MS 38652**

Telephone/Fax  **(662) 253-5771/866-288-6988**
E-mail Address  **bob@corneliuslawfirm.com**

DATE: **August 18, 2011**

DEBTOR'S SIGNATURE  **/s/ Michael Kevin Brower**
JOINT DEBTOR'S SIGNATURE  **/s/ Angela Dawn Brower**
ATTORNEY'S SIGNATURE  **/s/ Robert T. Cornelius MS -**